## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: SPELDE, BEREND RICHARD | § | Case No. 07-14661 |
| SPELDE, BONNIE LOUISE | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 08/20/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/23/2010_____    By:  /s/BRADLEY J. WALLER_____
                                                                         Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SPELDE, BEREND RICHARD                §    Case No. 07-14661
SPELDE, BONNIE LOUISE                §
                                                                    §
Debtor(s)                                                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 4,614.17 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 4,614.17 |

Claims of secured creditors will be paid as follows:

| *Claimant* | | *Proposed Payment* |
|---|---|---|
| | N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee* BRADLEY J. WALLER | $ 1,153.54 | $ 153.50 |
| *Attorney for trustee* | $ | $ |
| *Appraiser* | $ | $ |
| *Auctioneer* | $ | $ |
| *Accountant* | $ | $ |
| *Special Attorney for trustee* | $ | $ |
| *Charges,* U.S. Bankruptcy Court | $ | $ |
| *Fees,* United States Trustee | $ | $ |
| *Other* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,392.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 -3 | CHASE BANK USA, NA | $ 12,318.20 | $ 613.60 |
| 2 -3 | CHASE BANK USA, NA | $ 18,605.23 | $ 926.76 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR  BANK OF AMERICA | $ 19,561.98 | $ 974.42 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR BANK OF AMERICA | $ 15,906.78 | $ 792.35 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By:  /s/BRADLEY J. WALLER

Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: rdelgado | Page 1 of 2 | Date Rcvd: Aug 15, 2007 |
| Case: 07-14661 | Form ID: b9a | Total Served: 62 | |

The following entities were served by first class mail on Aug 17, 2007.
```
db           +Berend Richard Spelde,   859 West Kent Avenue,   Crete, IL 60417-3916
jdb          +Bonnie Louise Spelde,   859 West Kent Avenue,   Crete, IL 60417-3916
aty          +Richard L Hirsh,   Richard L Hirsh & Associates PC,   1500 Eisenhower Lane,   Suite 800,
              Lisle, IL 60532-2135
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
11545094     +ABN AMRO Mortgage,   4242 N. Harlem Avenue,   Norridge, IL 60706-1283
11545095     +ABN AMRO Mortgage Group,   7159 Corklan Drive,   Jacksonville, FL 32258-4455
11545093     +ABN Amro Mortgage,   8201 Innovation Way,   Chicago, IL 60682-0082
11545096     +ABN Amro Mortgage Group,   2600 W Big Beaver Rd,   Troy, MI 48084-3318
11545099     +AT&T,   P.O. Box 9001309,   Louisville, KY 40299-1309
11545098     +AT&T,   Bill Payment Center,   Saginaw, MI 48663-0001
11545097     +AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
11545103     +Bank Of America,   P.O. Box 1598,   Norfolk, VA 23501-1598
11545108      Bank of America,   c/o West Asset Management,   P.O. Box 105761,   Atlanta, GA 30348-5761
11545105      Bank of America,   P.O. Box 1758,   Newark, NJ 07101-1758
11545109      Bank of America,   P.O. Box 15027,   Wilmington, DE 19850-5027
11545101     +Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
11545104      Bank of America,   P.O. Box 17220,   Baltimore, MD 21297-1220
11545102      Bank of America,   c/o Phillips & Cohen Assoc.,   258 Chapman Rd., Suite 205,
              Newark, DE 19702-5444
11545107      Bank of America,   4060 Ogletown,   Stan De5-019-03-07,   Newark, DE 19713
11545122     +Chase Bank USA, N.A.,   c/o Michael Fine,   131 S. Dearborn St., Floor 5,
              Chicago, IL 60603-5517
11545125     +Cingular Wireless,   P.O. Box 6428,   Carol Stream, IL 60197-6428
11545127     +Directv,   15009 Lancaster Highway,   Charlotte, NC 28277-2010
11545128     +Dr. Charles Beck, Jr.,   71 W. 156th St., Suite 210,   Harvey, IL 60426-4263
11545129     +Dr. Joseph Beck,   P.O. Box 1330,   Matteson, IL 60443-4330
11545130     +Edward W. Moltzen & Associates,   33 N. LaSalle St., 34th Floor,   Chicago, IL 60602-2603
11545131     +Evergreen Health Care S.C.,   5540 W. 111th Street,   Oak Lawn, IL 60453-5574
11545132     +Family Health Center,   20325 S. Graceland Lane,   Frankfort, IL 60423-9047
11545134     +Ingalls Memorial Hospital,   One Ingalls Drive,   Harvey, IL 60426-3591
11545133      Ingalls Memorial Hospital,   P.O. Box 75608,   Chicago, IL 60675-5608
11545135     +Ingalls Memorial Hospital,   c/o Medical Recovery Specialists,   2250 E. Devon Ave., Suite 352,
              Des Plaines, IL 60018-4521
11545136      Jerry Itkonen, MD SC,   18141 Dixie Hwy Suite 107,   Homewood, IL 60430-2241
11545137      Macy's,   P.O. Box 689195,   Des Moines, IA 50368-9195
11545139      Macy's Visa,   Department Stores National Bank,   P.O. Box 183084,   Columbus, OH 43218-3084
11545140      Neurology Associates, LTD.,   P.O. Box 1187,   Harvey, IL 60426-7187
11545142     +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
11545144     +Patient accounts,   4647 W. Lincoln Hwy,   Lower Level,   Matteson, IL 60443-2319
11545145     +Penske Truck Rental,   650 W 172nd Street,   South Holland, IL 60473-2719
11545146     +Ridge Orthopedics,   5540 W. 111th Street,   Oak Lawn, IL 60453-5574
11545147     +Sleep Solutions,   Attn: Debbie Billing Manager,   825 E. Golf Rd., Suite 1144,
              Arlington Heights, IL 60005-5200
11545148     +Track Storage Inc.,   25714 S. Dixie Hwy,   Crete, IL 60417-9608
11545149     +Truck Storage,   25714 S. Dixie Hwy,   Crete, IL 60417-9608
11545150     +William & Mary Ann Spelde, Sr.,   21 Cynthia Lane,   Beecher, IL 60401-3143
```

The following entities were served by electronic transmission on Aug 16, 2007.
```
11545103     +EDI: BANKAMER2.COM Aug 16 2007 00:53:00      Bank of America,   P.O. Box 1598,
              Norfolk, VA 23501-1598
11545105      EDI: BANKAMER2.COM Aug 16 2007 00:53:00      Bank of America,   P.O. Box 1758,
              Newark, NJ 07101-1758
11545110      EDI: BANKAMER.COM Aug 16 2007 00:53:00      Bank of America,   P.O. Box 53132,
              Phoenix, AZ 85072-3132
11545106     +EDI: BANKAMER.COM Aug 16 2007 00:53:00      Bank of America,   P.O. Box 5270,
              Carol Stream, IL 60197-5270
11545100     +EDI: BANKAMER2.COM Aug 16 2007 00:53:00      Bank of America,   P.O. Box 26012,   Nc4-105-03-14,
              Greensboro, NC 27420-6012
11545109      EDI: BANKAMER2.COM Aug 16 2007 00:53:00      Bank of America,   P.O. Box 15027,
              Wilmington, DE 19850-5027
11545101     +EDI: BANKAMER2.COM Aug 16 2007 00:53:00      Bank of America,   P.O. Box 15726,
              Wilmington, DE 19886-5726
11545104      EDI: BANKAMER2.COM Aug 16 2007 00:53:00      Bank of America,   P.O. Box 17220,
              Baltimore, MD 21297-1220
11545111     +EDI: CAPITALONE.COM Aug 16 2007 00:53:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
              P.O. Box 5155,   Norcross, GA 30091-5155
11545113      EDI: CAPITALONE.COM Aug 16 2007 00:53:00      Capital One,   P.O. Box 30285,
              Salt Lake City, UT 84130-0285
11545112     +EDI: CAPITALONE.COM Aug 16 2007 00:53:00      Capital One,   c/o Tanya Jones/Recovery Specialist,
              P.O. Box 26094,   Richmond, VA 23260-6094
11545115     +EDI: CAPITALONE.COM Aug 16 2007 00:53:00      Capital One Bank,   P.O. Box 70884,
              Charlotte, NC 28272-0884
11545114      EDI: CAPITALONE.COM Aug 16 2007 00:53:00      Capital One Bank,   P.O. Box 60024,
              City Of Industry, CA 91716-0024
11545116     +EDI: CHASE.COM Aug 16 2007 00:53:00      Chase,   c/o Bankruptcy Department,   P.O. Box 15919,
              Wilmington, DE 19850-5919
11545120      EDI: CHASE.COM Aug 16 2007 00:53:00      Chase,   P.O. Box 52108,   Phoenix, AZ 85072-2108
11545121      EDI: CHASE.COM Aug 16 2007 00:53:00      Chase,   P.O. Box 9001008,   Louisville, KY 40290-1008
11545118     +EDI: CHASE.COM Aug 16 2007 00:53:00      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
11545119     +EDI: CHASE.COM Aug 16 2007 00:53:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
```

```
District/off: 0752-1          User: rdelgado          Page 2 of 2          Date Rcvd: Aug 15, 2007
Case: 07-14661               Form ID: b9a            Total Served: 62
```

The following entities were served by electronic transmission (continued)
```
11545117    +EDI: CHASE.COM Aug 16 2007 00:53:00    Chase,    800 Brooksedge Blvd,
             Westerville, OH 43081-2822
11545123    +EDI: CHASE.COM Aug 16 2007 00:53:00    Chase Card Member Services,    P.O. Box 15548,
             Wilmington, DE 19886-5548
11545124    +EDI: CHASE.COM Aug 16 2007 00:53:00    Chase Card Services,    P.O. Box 659409,
             San Antonio, TX 78265-9409
11545125     EDI: CINGMIDLAND.COM Aug 16 2007 00:53:00    Cingular Wireless,    P.O. Box 6428,
             Carol Stream, IL 60197-6428
11545126     E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                      ComEd,
             Bill Payment Center,    Chicago, IL 60668-0001
11545138    +EDI: TSYS2.COM Aug 16 2007 00:53:00    Macy's,    c/o Visdsnb,    9111 Duke Blvd.,
             Mason, OH 45040-8999
11545141     E-mail/Text: bankrup@nicor.com                      Nicor,    P.O. Box 416,
             Aurora, IL 60568-0001
11545143     E-mail/Text: bankrup@nicor.com                      Nicor Gas,    P.O. Box 310,
             Aurora, IL 60507-0310
                                                                              TOTAL: 26
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2007          Signature:   _Joseph Speetjens_

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 2          Date Rcvd: Jul 29, 2010
Case: 07-14661               Form ID: pdf006           Total Noticed: 59

The following entities were noticed by first class mail on Jul 31, 2010.
```
db/jdb      +Berend Richard Spelde,   Bonnie Louise Spelde,   859 West Kent Avenue,   Crete, IL 60417-3916
aty         +Richard L Hirsh,   Richard L Hirsh & Associates PC,   1500 Eisenhower Lane,   Suite 800,
             Lisle, IL 60532-2135
tr          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
11545094    +ABN AMRO Mortgage,   4242 N. Harlem Avenue,   Norridge, IL 60706-1283
11545095    +ABN AMRO Mortgage Group,   7159 Corklan Drive,   Jacksonville, FL 32258-4455
11545093    +ABN Amro Mortgage,   8201 Innovation Way,   Chicago, IL 60682-0082
11545096    +ABN Amro Mortgage Group,   2600 W Big Beaver Rd,   Troy, MI 48084-3318
11545099    +AT&T,   P.O. Box 9001309,   Louisville, KY 40290-1309
11545098    +AT&T,   Bill Payment Center,   Saginaw, MI 48663-0001
11545097     AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
11545103    +Bank Of America,   P.O. Box 1598,   Norfolk, VA 23501-1598
11545105     Bank of America,   P.O. Box 1758,   Newark, NJ 07101-1758
11545109     Bank of America,   P.O. Box 15027,   Wilmington, DE 19850-5027
11545101    +Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
11545108     Bank of America,   c/o West Asset Management,   P.O. Box 105761,   Atlanta, GA 30348-5761
11545110    +Bank of America,   P.O. Box 53132,   Phoenix, AZ 85072-3132
11545102    +Bank of America,   c/o Phillips & Cohen Assoc.,   258 Chapman Rd., Suite 205,
             Newark, DE 19702-5444
11545107     Bank of America,   4060 Ogletown,   Stan De5-019-03-07,   Newark, DE 19713
11545100    +Bank of America,   P.O. Box 26012,   Nc4-105-03-14,   Greensboro, NC 27420-6012
14361702     CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
11545111    +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   P.O. Box 5155,   Norcross, GA 30091-5155
11545113     Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11545112    +Capital One,   c/o Tanya Jones/Recovery Specialist,   P.O. Box 26094,   Richmond, VA 23260-6094
11545114     Capital One Bank,   P.O. Box 60024,   City Of Industry, CA 91716-0024
11545115     Capital One Bank,   P.O. Box 70884,   Charlotte, NC 28272-0884
11545119    +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
11545118    +Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
11545117    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11545120     Chase,   P.O. Box 52108,   Phoenix, AZ 85072-2108
11545121     Chase,   P.O. Box 9001008,   Louisville, KY 40290-1008
11670321     Chase Bank USA,   c/o Weinstein & Riley, P.S.,,   PO Box 3978,   Seattle, WA 98124-3978
11545122    +Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
11545123    +Chase Card Member Services,   P.O. Box 15548,   Wilmington, DE 19886-5548
11545124    +Chase Card Services,   P.O. Box 659409,   San Antonio, TX 78265-9409
11545125    +Cingular Wireless,   P.O. Box 6428,   Carol Stream, IL 60197-6428
11545127    +Directv,   15009 Lancaster Highway,   Charlotte, NC 28277-2010
11545128    +Dr. Charles Beck, Jr.,   71 W. 156th St., Suite 210,   Harvey, IL 60426-4263
11545129    +Dr. Joseph Beck,   P.O. Box 1330,   Matteson, IL 60443-4330
11545130     Edward W. Moltzen & Associates,   33 N. LaSalle St., 34th Floor,   Chicago, IL 60602-2667
11545131    +Evergreen Health Care S.C.,   5540 W. 111th Street,   Oak Lawn, IL 60453-5574
11545132    +Family Health Center,   20325 S. Graceland Lane,   Frankfort, IL 60423-9047
11545134    +Ingalls Memorial Hospital,   One Ingalls Drive,   Harvey, IL 60426-3591
11545133     Ingalls Memorial Hospital,   P.O. Box 75608,   Chicago, IL 60675-5608
11545135    +Ingalls Memorial Hospital,   c/o Medical Recovery Specialists,   2250 E. Devon Ave., Suite 352,
             Des Plaines, IL 60018-4521
11545137     Macy's,   P.O. Box 689195,   Des Moines, IA 50368-9195
11545138    +Macy's,   c/o Visdsnb,   9111 Duke Blvd.,   Mason, OH 45040-8999
11545139     Macy's Visa,   Department Stores National Bank,   P.O. Box 183084,   Columbus, OH 43218-3084
11545140     Neurology Associates LTD.,   P.O. Box 1187,   Harvey, IL 60426-7187
11545144    +Patient accounts,   4647 W. Lincoln Hwy,   Lower Level,   Matteson, IL 60443-2319
11545145    +Penske Truck Rental,   650 W 172nd Street,   South Holland, IL 60473-2719
11545146    +Ridge Orthopedics,   5540 W. 111th Street,   Oak Lawn, IL 60453-5574
11545147    +Sleep Solutions,   Attn: Debbie Billing Manager,   825 E. Golf Rd., Suite 1144,
             Arlington Heights, IL 60005-5200
11545148    +Track Storage Inc.,   25714 S. Dixie Hwy,   Crete, IL 60417-9608
11545149    +Truck Storage,   25714 S. Dixie Hwy,   Crete, IL 60417-9608
11545150    +William & Mary Ann Spelde, Sr.,   12 Cynthia Lane,   Beecher, IL 60401-3143
```

The following entities were noticed by electronic transmission on Jul 29, 2010.
```
13072800    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2010 01:32:20
             AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA Card Services, NA/Bank of America,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11545126     E-mail/Text: legalcollections@comed.com                        ComEd,   Bill Payment Center,
             Chicago, IL 60668-0001
11545141     E-mail/Text: bankrup@nicor.com                    Nicor,   P.O. Box 416,
             Aurora, IL 60568-0001
11545142    +E-mail/Text: bankrup@nicor.com                    Nicor Gas,   1844 Ferry Road,
             Naperville, IL 60563-9600
                                                                                      TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14361707*    CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
11545104    ##Bank of America,   P.O. Box 17220,   Baltimore, MD 21297-1220
11545106    ##+Bank of America,   P.O. Box 5270,   Carol Stream, IL 60197-5270
11545116    ##Chase,   c/o Bankruptcy Department,   P.O. Box 15919,   Wilmington, DE 19850
11545136    ##+Jerry Itkonen, MD SC,   18141 Dixie Hwy Suite 107,   Homewood, IL 60430-2241
11545143    ##Nicor Gas,   P.O. Box 310,   Aurora, IL 60507-0310
                                                                    TOTALS: 0, * 1, ## 5
```

```
District/off: 0752-1          User: dwilliams          Page 2 of 2             Date Rcvd: Jul 29, 2010
Case: 07-14661               Form ID: pdf006           Total Noticed: 59

            ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2010**                      **Signature:**