**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: SPELDE, BEREND RICHARD       Case No. 07-14661
       SPELDE, BONNIE LOUISE

Chapter 7

Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $159,388.22 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $3,307.13 | Claims Discharged Without Payment: $63,085.06 |
| Total Expenses of Administration: $1,307.04 | |

    3) Total gross receipts of $ 4,614.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,614.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,307.04 | 1,307.04 | 1,307.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 128,239.05 | 66,392.19 | 3,307.13 |
| **TOTAL DISBURSEMENTS** | $0.00 | $129,546.09 | $67,699.23 | $4,614.17 |

4) This case was originally filed under Chapter 7 on August 14, 2007. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2010          By: /s/BRADLEY J. WALLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Income Tax Refunds | 1124-000 | 676.00 |
| 2006 Income Tax Refunds | 1124-000 | 3,923.00 |
| Interest Income | 1270-000 | 15.17 |
| **TOTAL GROSS RECEIPTS** | | **$4,614.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,153.54 | 1,153.54 | 1,153.54 |
| BRADLEY J. WALLER | 2200-000 | N/A | 153.50 | 153.50 | 153.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,307.04 | 1,307.04 | 1,307.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CHASE BANK USA, NA | 7100-000 | N/A | 12,318.20 | 0.00 | 0.00 |
| 1-2 | CHASE BANK USA, NA | 7100-000 | N/A | 12,318.20 | 0.00 | 0.00 |
| 1-3 | CHASE BANK USA, NA | 7100-000 | N/A | 12,318.20 | 12,318.20 | 613.60 |
| 2 | CHASE BANK USA, NA | 7100-000 | N/A | 18,605.23 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |   |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|    | 2 | CHASE BANK USA, NA | 7100-000 | N/A | 18,605.23 | 0.00 | 0.00 |
| -2 | 2 | CHASE BANK USA, NA | 7100-000 | N/A | 18,605.23 | 18,605.23 | 926.76 |
| -3 | 3 | AMERICAN INFOSOURCE LP AS AGENT FOR BANK OF AMERICA | 7100-000 | N/A | 19,561.98 | 19,561.98 | 974.42 |
|    | 4 | AMERICAN INFOSOURCE LP AS AGENT FOR BANK OF AMERICA | 7100-000 | N/A | 15,906.78 | 15,906.78 | 792.35 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | 0.00 | 128,239.05 | 66,392.19 | 3,307.13 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-14661  
**Case Name:** SPELDE, BEREND RICHARD  
SPELDE, BONNIE LOUISE  
**Period Ending:** 11/09/10  

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 08/14/07 (f)  
**§341(a) Meeting Date:** 09/20/07  
**Claims Bar Date:** 12/26/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family, 859 West Kent, Crete IL | 82,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking at First United Bank in Crete, account | 900.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with First United Bank in Crete | 2,141.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking with First United Bank in Crete account | 26.00 | 0.00 | DA | 0.00 | FA |
| 5 | Dishes, cookware, cleaning aids, television, rec | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Rottweiler figurines ($100.00); 1986 Liberty Dol | 275.00 | 0.00 | DA | 0.00 | FA |
| 7 | Men's & Women's casual and business attire. 859 | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Women's jewelry and wedding rings. 859 West Kent | 700.00 | 0.00 | DA | 0.00 | FA |
| 9 | 10 year old video camera, 12 year old minolta 35 | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2 shotguns 859 West Kent Avenue, Crete IL | 50.00 | 0.00 | DA | 0.00 | FA |
| 11 | 403-B through Ingalls Memorial Hospital. (value | 60,109.00 | 0.00 | DA | 0.00 | FA |
| 12 | Interest in SEP from Midwest Modular Inc. (as of | 2,187.22 | 0.00 | DA | 0.00 | FA |
| 13 | 100% shares in Midwest Modular Solutions, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | December 1980; June 1981; June 2006, Patriot Bon | 225.00 | 0.00 | DA | 0.00 | FA |
| 15 | Insurance claim for woodworking machinery damage | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Pending worker comensation claim | Unknown | 0.00 | DA | 0.00 | FA |
| 17 | 1996 Ford F150 Truck. 859 West Kent Avenue, Cret | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2000 Ford Windstar, needs transmission work. 115 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 14 foot utility trailer. 859 West Kent Avenue, C | 600.00 | 0.00 | DA | 0.00 | FA |
| 20 | 14 foot fishing boat, motor, trailer (needs repa | 375.00 | 0.00 | DA | 0.00 | FA |
| 21 | Hurricane Katrine Rescued Rottweiler 3 1/2 years | Unknown | 0.00 | DA | 0.00 | FA |
| 22 | 10'x20' mobile storage trailer ($500); hand tool | 5,950.00 | 0.00 | DA | 0.00 | FA |
| 23 | Preference Action (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 24 | 2005 Income Tax Refunds | 3,949.00 | 676.00 | | 676.00 | FA |
| 25 | 2006 Income Tax Refunds | 3,923.00 | 3,923.00 | | 3,923.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 15.17 | FA |
| 26 | Assets  Totals (Excluding unknown values) | $167,260.22 | $4,599.00 | | $4,614.17 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: 07-14661 | Trustee: (330500) BRADLEY J. WALLER |
| Case Name: SPELDE, BEREND RICHARD | Filed (f) or Converted (c): 08/14/07 (f) |
| SPELDE, BONNIE LOUISE | §341(a) Meeting Date: 09/20/07 |
| Period Ending: 11/09/10 | Claims Bar Date: 12/26/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   December 31, 2008        Current Projected Date Of Final Report (TFR):   July 30, 2010 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-14661 | | Trustee: | BRADLEY J. WALLER (330500) |
| Case Name: | SPELDE, BEREND RICHARD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SPELDE, BONNIE LOUISE | | Account: | \*\*\*-\*\*\*\*\*81-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*1622 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/18/07 | {24} | Illinoise Department of Revenue | 2005 IDR Refund | 1124-000 | 676.00 | | 676.00 |
| 11/18/07 | {25} | Illinoise Department of Revenue | 2006 IDR Refund | 1124-000 | 806.00 | | 1,482.00 |
| 11/18/07 | {25} | Internal Revenue Service | 2006 IRS Refund | 1124-000 | 3,117.00 | | 4,599.00 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.75 | | 4,599.75 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.34 | | 4,602.09 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.10 | | 4,604.19 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.94 | | 4,605.13 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.85 | | 4,605.98 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.64 | | 4,606.62 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.57 | | 4,607.19 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.58 | | 4,607.77 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.58 | | 4,608.35 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.54 | | 4,608.89 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.60 | | 4,609.49 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.50 | | 4,609.99 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.36 | | 4,610.35 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 4,610.67 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,610.85 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,611.02 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,611.22 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,611.40 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,611.58 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,611.78 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,611.97 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,612.16 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,612.34 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,612.52 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,612.71 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,612.90 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,613.08 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,613.25 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,613.45 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 4,613.48 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*8165 | Wire out to BNYM account 9200\*\*\*\*\*\*8165 | 9999-000 | -4,613.48 | | 0.00 |

Subtotals : $0.00    $0.00

{} Asset reference(s)

Printed: 11/09/2010 11:05 AM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-14661 | Trustee: | BRADLEY J. WALLER (330500) |
| --- | --- | --- | --- |
| Case Name: | SPELDE, BEREND RICHARD | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | SPELDE, BONNIE LOUISE | Account: | ***-*****81-65 - Money Market Account |
| Taxpayer ID #: | **-***1622 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | ACCOUNT TOTALS |  | 0.00 | 0.00 | $0.00 |
|  |  |  | Less: Bank Transfers |  | -4,613.48 | 0.00 |  |
|  |  |  | Subtotal |  | 4,613.48 | 0.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $4,613.48 | $0.00 |  |

{} Asset reference(s)

Printed: 11/09/2010 11:05 AM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07-14661 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | SPELDE, BEREND RICHARD | | Bank Name: | The Bank of New York Mellon |
| | SPELDE, BONNIE LOUISE | | Account: | 9200-******81-65 - Money Market Account |
| Taxpayer ID #: | **-***1622 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8165 | Wire in from JPMorgan Chase Bank, N.A. account ********8165 | 9999-000 | 4,613.48 | | 4,613.48 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 4,613.70 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.27 | | 4,613.97 |
| 06/23/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.20 | | 4,614.17 |
| 06/23/10 | | To Account #9200******8166 | | 9999-000 | | 4,614.17 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,614.17 | 4,614.17 | $0.00 |
| | | | Less: Bank Transfers | | 4,613.48 | 4,614.17 | |
| | | | Subtotal | | 0.69 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.69 | $0.00 | |

{} Asset reference(s)

Printed: 11/09/2010 11:05 AM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 07-14661 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | SPELDE, BEREND RICHARD | | Bank Name: | The Bank of New York Mellon |
| | SPELDE, BONNIE LOUISE | | Account: | 9200-******81-66 - Checking Account |
| Taxpayer ID #: | **-***1622 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/10 | | From Account #9200******8165 | | 9999-000 | 4,614.17 | | 4,614.17 |
| 08/20/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $153.50, Trustee Expenses; Reference: | 2200-000 | | 153.50 | 4,460.67 |
| 08/20/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,153.54, Trustee Compensation; Reference: | 2100-000 | | 1,153.54 | 3,307.13 |
| 08/20/10 | 103 | CHASE BANK USA, NA | Dividend paid 4.98% on $12,318.20; Claim# 1-3; Filed: $12,318.20; Reference: | 7100-000 | | 613.60 | 2,693.53 |
| 08/20/10 | 104 | CHASE BANK USA, NA | Dividend paid 4.98% on $18,605.23; Claim# 2-3; Filed: $18,605.23; Reference: | 7100-000 | | 926.76 | 1,766.77 |
| 08/20/10 | 105 | AMERICAN INFOSOURCE LP AS AGENT FOR BANK OF AMERICA | Dividend paid 4.98% on $19,561.98; Claim# 3; Filed: $19,561.98; Reference: | 7100-000 | | 974.42 | 792.35 |
| 08/20/10 | 106 | AMERICAN INFOSOURCE LP AS AGENT FOR BANK OF AMERICA | Dividend paid 4.98% on $15,906.78; Claim# 4; Filed: $15,906.78; Reference: | 7100-000 | | 792.35 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,614.17 | 4,614.17 | $0.00 |
| Less: Bank Transfers | 4,614.17 | 0.00 | |
| Subtotal | 0.00 | 4,614.17 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,614.17 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***.*****81-65 | 4,613.48 | 0.00 | 0.00 |
| MMA # 9200-******81-65 | 0.69 | 0.00 | 0.00 |
| Checking # 9200-******81-66 | 0.00 | 4,614.17 | 0.00 |
| | $4,614.17 | $4,614.17 | $0.00 |

{} Asset reference(s)

Printed: 11/09/2010 11:05 AM V.12.54